IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 09-34796 |
| SLOMA, JOSEPH ALOYSIOUS<br>SLOMA, JAMIE LYNN, | Chapter 7 |
| Debtors. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

    Jeffrey and Jennifer Smith
    c/o David Bent                                  $19.54
    320 West Fourth Street
    Mishawaka, IN 46544

Dated: September 13, 2011         Respectfully submitted,

                                            /s/Jacqueline Sells Homann
                                            Jacqueline Sells Homann
                                            Jones Obenchain, LLP
                                            600 KeyBank Building
                                            202 South Michigan Street
                                            Post Office Box 4577
                                            South Bend, Indiana 46634
                                            Telephone:  (574) 233-1194
                                            Facsimile:  (574) 233-8957
                                            Email:      jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Patrick M. Seese<br>seeselawoffice@sbcglobal.net | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann